**Opinion issued July 23, 2019**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

## NO. 01-19-00471-CV

_____

## IN RE MICHAEL FRANCIS PALMA, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Michael Francis Palma, has filed a petition for writ of mandamus requesting that we "order the district court to provide the findings of fact and conclusions of law as to why the judgment made was against [relator] on his Writ of Mandamus."[1] We deny the petition.

---

[1] The underlying case is *Michael Francis Palma v. Harris County Appraisal District, et al.*, cause number 2019-02377, pending in the 281st District Court of Harris County, Texas, the Honorable Christine Weems presiding.

**PER CURIAM**

Panel consists of Justices Lloyd, Landau, and Countiss.